# JAMES A HUNTER
ATTORNEY AT LAW

FOUR TOWER BRIDGE
200 BARR HARBOR DRIVE, SUITE 400
WEST CONSHOHOCKEN, PENNSYLVANIA  19428

**MEMO ENDORSED**

TELEPHONE  (484) 437-5935

February 28, 2024

**BY ECF**

The Honorable Gary Stein
U.S. District Court, S.D.N.Y.
500 Pearl Street, Room 702
United States Courthouse
New York, New York  10007

> Re: *Revive Investing LLC et al. v. Zage et al.*
> No. 23-cv-9956 (GHW) (GS) (S.D.N.Y. filed Nov. 10, 2023)
> Motion to Adjourn Conference Sine Die Pending Service

Dear Judge Stein:

      I write on Plaintiffs' behalf in this case to request (1) an adjournment sine die of the Initial Case Management Conference currently scheduled for Tuesday, March 12, 2024, at 2:00 p.m.; and (2) a continuation of the March 5 deadline for submission of a proposed case management plan and scheduling order.  In support of the request, I affirm as follows:

1. An adjournment is needed to allow additional time for service of process on Defendant Zage.  Mr. Zage is a resident of the Republic of Singapore, and Plaintiffs have faced significant challenges serving him there.[1]  Plaintiffs submitted their Hague Convention request for service of process to Singapore's Ministry of Law by email on December 14.  A hard copy was mailed on December 16.  The Ministry of Law acknowledged receipt of the soft copy on December 16 and the hard copy on January 22.  Because Singapore only recently acceded to the Convention, it had no process in place initially for Plaintiffs to submit an international wire to cover the S$100 cost of service.  Plaintiffs attempted unsuccessfully to find a U.S. financial institution that could issue a bank draft payable in Singapore dollars.  On February 15, the Ministry of Law informed Plaintiffs' counsel that it would accept payment by international wire after all, and I wired the funds the following day.  Plaintiffs are awaiting confirmation that the Ministry of Law has received payment and completed service.  Because Plaintiffs are given limited control and visibility over this process, we are unable to predict when service will be made.

---

[1] Plaintiffs timely served Nominal Defendant Grindr Inc. ("Grindr") on December 20, 2023, *see* Dkt. 7, but Grindr defaulted and has not entered an appearance.

The Honorable Gary Stein
February 28, 2024
Page 2

2. No previous extensions have been sought or denied.

3. Neither Mr. Zage nor Grindr has appeared in this action. Since Plaintiffs do not know who will be representing them, Plaintiffs have not sought their attorneys' consent to the requested extension.

Accordingly, Plaintiffs request (1) an adjournment sine die of the Initial Case Management Conference currently scheduled for Tuesday, March 12, 2024, at 2:00 p.m.; and (2) a continuation of the March 5 deadline for submission of a proposed case management plan and scheduling order.

Respectfully submitted,

/s/ James A. Hunter

Application granted in part and denied in part. The deadline to submit a Proposed Case Management Plan and Scheduling Order and the timing of the Initial Case Management Conference are hereby rescheduled to April 16, 2024 and April 23, 2024 at 2:00 PM, respectively.

SO ORDERED.

February 28, 2024
New York, New York

Gary Stein
United States Magistate Judge
Southern District of New York