# JAMES A HUNTER
ATTORNEY AT LAW

FOUR TOWER BRIDGE
200 BARR HARBOR DRIVE, SUITE 400
WEST CONSHOHOCKEN, PENNSYLVANIA 19428

**MEMO ENDORSED**

TELEPHONE (484) 437-5935

April 13, 2024

**BY ECF**

The Honorable Gary Stein
U.S. District Court, S.D.N.Y.
500 Pearl Street, Room 702
United States Courthouse
New York, New York 10007

      Re: *Revive Investing LLC et al. v. Zage et al.*
          No. 23-cv-9956 (GHW) (GS) (S.D.N.Y. filed Nov. 10, 2023)
          Motion to Adjourn Conference Pending Service

Dear Judge Stein:

      I write on Plaintiffs' behalf in this case to request (1) an adjournment of the Initial Case Management Conference currently scheduled for Tuesday, April 23, 2024, at 2:00 p.m.; and (2) a continuation of the April 16 deadline for submission of a proposed case management plan and scheduling order.  In support of the request, I affirm as follows:

1. An adjournment is needed to allow additional time for service of process on Defendant Zage in the Republic of Singapore.  Plaintiffs detailed their prior efforts at serving Mr. Zage in their letter application of February 28, 2024.  *See* Dkt. 9.  On April 5, 2024, I asked a representative of Singapore's Ministry of Law by email for an update regarding service of process on Mr. Zage and received a prompt response from Senior Executive Farhana Basir Ahmad informing me that "[t]he request is currently in process, and we will endeavour to provide you an update on the outcome of service soon."

2. Plaintiffs submitted one previous request for an extension of these deadlines.  *See* Dkt. 9.  Your Honor granted that request on February 28, 2024.  *See* Dkt. 10.

3. Neither Mr. Zage nor Nominal Defendant Grindr Inc. ("Grindr") has appeared in this action.[1]  Since Plaintiffs do not know who will be representing them, Plaintiffs have not sought their attorneys' consent to the requested extension.

---

      [1] Plaintiffs timely served Grindr on December 20, 2023, *see* Dkt. 7, but Grindr defaulted and has not entered an appearance.

The Honorable Gary Stein
April 13, 2024
Page 2

  4. Plaintiffs are available for a conference on May 21, May 29, and June 4, 2024. Since counsel have not appeared on behalf of the other parties, Plaintiffs cannot confirm their availability.

  Plaintiffs therefore request (1) an adjournment of the Initial Case Management Conference currently scheduled for Tuesday, April 23, 2024, at 2:00 p.m.; and (2) a continuation of the April 16 deadline for submission of a proposed case management plan and scheduling order.

        Respectfully submitted,

        /s/ James A. Hunter

Application granted.  The Initial Case Management Conference previously scheduled for April 23, 2024 at 2 p.m. is hereby rescheduled to May 29, 2024 at 2 p.m.  Accordingly, the deadline for the parties to submit a proposed case management plan and scheduling order is extended to May 22, 2024.  Plaintiff is further ordered to inform the Court as to when service on Defendant Zage has been effectuated.

Date: April 15, 2024
    New York, New York

*[signature]*

Gary Stein
United States Magistate Judge
Southern District of New York