**MEMO ENDORSED**

# James A Hunter
### ATTORNEY AT LAW

FOUR TOWER BRIDGE
200 BARR HARBOR DRIVE, SUITE 400
WEST CONSHOHOCKEN, PENNSYLVANIA 19428

TELEPHONE (484) 437-5935

May 22, 2024

**BY ECF**

The Honorable Gary Stein
U.S. District Court, S.D.N.Y.
500 Pearl Street, Room 702
United States Courthouse
New York, New York 10007

        Re:    *Revive Investing LLC et al. v. Zage et al.*
               No. 23-cv-9956 (GHW) (GS) (S.D.N.Y. filed Nov. 10, 2023)
               Motion to Adjourn Conference Pending Service

Dear Judge Stein:

        I write on Plaintiffs' behalf in this case to request (1) an adjournment of the Initial Case Management Conference currently scheduled for Wednesday, May 29, 2024, at 2:00 p.m.; and (2) a continuation of the May 22 deadline for submission of a proposed case management plan and scheduling order. In support of the request, I affirm as follows:

1. An adjournment is needed to allow additional time for service of process on Defendant Zage in the Republic of Singapore. Plaintiffs detailed their prior efforts at serving Mr. Zage in their letter applications of February 28 and April 13, 2024. Dkts. 9, 11. On April 5, 2024, I had asked a representative of Singapore's Ministry of Law by email for an update regarding service of process on Mr. Zage and received a prompt response from Senior Executive Farhana Basir Ahmad informing me that "[t]he request is currently in process, and we will endeavour to provide you an update on the outcome of service soon." Dkt. 11 at 1. On May 15, 2024, I asked for a further update, noting that "I am currently scheduled to appear before the Court here in the United States in a couple of weeks, and I would like to be able to provide the Court with an update on the matter." As of today, that inquiry has received no response.

2. Plaintiffs made two previous requests for an extension of these deadlines. Dkts. 9, 11. Your Honor granted those request on February 28 and April 15, 2024. Dkts. 10, 12.

The Honorable Gary Stein
May 22, 2024
Page 2

3. Neither Mr. Zage nor Nominal Defendant Grindr Inc. ("Grindr") has entered an appearance.[1] Since Plaintiffs do not know who will be representing them, Plaintiffs have not sought their attorneys' consent to the requested extension.

4. Plaintiffs are available for a conference on June 25, July 3, and July 9, 2024. Since counsel have not appeared on behalf of the other parties, Plaintiffs cannot confirm their availability.

Plaintiffs therefore request (1) an adjournment of the Initial Case Management Conference currently scheduled for Wednesday, May 29, 2024, at 2:00 p.m.; and (2) a continuation of the May 22 deadline for submission of a proposed case management plan and scheduling order.

Respectfully submitted,

/s/ James A. Hunter

Application granted. The Initial Case Management Conference previously scheduled for May 29, 2024 at 2 p.m. is hereby rescheduled to July 9, 2024 at 10:00 a.m. Accordingly, the deadline for the parties to submit a proposed case management plan and scheduling order is extended to July 2, 2024. Plaintiff is further ordered to inform the Court as to when service on Defendant Zage has been effectuated. The Clerk of Court is respectfully directed to close Docket Number 13.

SO ORDERED.

Dated: May 24, 2024
New York, New York

Gary Stein
United States Magistate Judge
Southern District of New York

---

[1] Plaintiffs timely served Grindr on December 20, 2023, *see* Dkt. 7, but Grindr defaulted and has not entered an appearance.